**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Willie Mae Greer |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | 13-13359-JDW |

# Form 4100R
## Response to Motion for Order Declaring Claim Satisfied       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 2 2

**Property address:** 16 COUNTY ROAD 506
Number    Street

COMO,    MS    38619
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2019
MM / DD / YYYY

***Loan is paid in full***

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 0

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

| Debtor 1 | Willie | Mae | Greer | Case number *(if known)* 13-13359-JDW |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **Kimberly D. Mackey  msb# 102418**
Signature

Date  11 / 05 / 2018

Print  **Kimberly D. Mackey**
First Name    Middle Name    Last Name

Title  Associate Attorney

Company  **Dean Morris, LLC, Attorneys for Creditor**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **1820    Avenue of America**
Number      Street

**Monroe**        **LA**    **71201**
City          State    ZIP Code

Contact phone  ( 318 ) 330 – 9020

Email  miss.bk@ms.creditorlawyers.com

## CERTIFICATE OF SERVICE

I, Kimberly D. Mackey, hereby certify that I have notified all interested parties of the Response to Notice of Motion for Order Declaring Claim Satisfied filed by Wells Fargo Bank, N.A., who are listed as follows:

Willie Mae Greer
16 County Road 506
Como, MS 386199122

Robert H. Lomenick, Jr.
Attorney at Law
rlomenick@gmail.com

Locke D. Barkley
Trustee
sbeasley@barkley13.com

Office of U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

by electronic transmission or by mailing a copy of the Response to Notice of Motion for Order Declaring Claim Satisfied filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this 5th day of November 2018.

Dean Morris, LLC
1820 Avenue of America
Monroe, LA  71201
(318) 330-9020

**/s/ Kimberly D. Mackey**
Kimberly D. Mackey (Bar#102418)
Attorney for Movant
kim.mackey@ms.creditorlawyers.com